# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICKI BOYD,<br><br>                    Appellant,<br><br>                    vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 69443 |
| NICKI BOYD,<br><br>                    Appellant,<br><br>                    vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 69636 |

**FILED**

FEB 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant's notices of appeal fail to designate any appealable decisions of the district court. Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-04735

cc: Hon. Douglas Smith, District Judge
Nguyen & Lay
Nicki Boyd
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk